# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ORPHEUS HUSTON,

       Plaintiff,        Case No. 03-C-139

    v.

UNITED STATES OF AMERICA,

       Defendant.

## OPINION AND ORDER

Based upon the stipulation of the parties, the court ORDERS that Orpheus Huston's "Petition Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (filed February 20, 2003) IS DENIED because it is moot.

IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Orpheus Huston brought a motion for relief pursuant to 28 U.S.C. § 2255 before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the motion having been denied because it is moot,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed with prejudice.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 1st day of November, 2005.

s/ Thomas J. Curran
Thomas J. Curran
United States District Judge